**Order filed October 18, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00810-CV
_____

### IN RE MICROWAVE NETWORKS INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

## ORDER

On October 14, 2019, relator Microwave Networks Inc., filed a motion, asking this court to seal Volume 4 of the mandamus record, and a motion, asking this court to seal Exhibit 1 to relator's emergency motion for stay.

Relator has not provided this court with a permanent sealing order from the trial court that complies with the requirements of Rule 76a of the Texas Rules of Civil Procedure that seals the documents in Volume 4 of the mandamus record and

Exhibit 1 to the motion for stay. Among other things, Rule 76a requires the sealing order to state, "the specific reasons for finding and concluding whether the showing required by paragraph 1, has been made; the specific portions of court records which are to be sealed; and the time period for which the sealed portions of the court records are to be sealed." Tex. R. Civ. P. 76a(6). The March 29, 2016 Agreed Protective Order referenced by relator in its motion does not seal the documents at issue and does not comply with the above-stated requirements of Rule 76a.

Relator has until December 13, 2019, to supplement the mandamus record with a copy of a permanent sealing order pertaining to the documents in Volume 4 of the mandamus record and Exhibit 1 to the motion for stay that complies with Rule 76a. Failure to do so will result in the denial of relators' motion for leave to file these documents under seal, unless, before that date, relators present briefing, with citations to authority, establishing a valid legal basis on which this court may maintain these documents under seal without an order showing the documents have been permanently sealed in accordance with Rule 76a.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.